UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

    Plaintiff,

v.

ROCKLIN OF CALIFORNIA LLC, et al.,

    Defendants.

Case No. 5:18-cv-06836-EJD

**ORDER OVERRULING OBJECTION TO SPECIAL MASTER REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. No. 23

In this disability rights action, Plaintiff Scott Johnson sues for alleged accessibility violations he allegedly encountered at a store located in San Jose, California. On August 16, 2019, Magistrate Judge DeMarchi issued a Report and Recommendation re Motion for Default Judgment ("Report and Recommendation"). Dkt. No. 23. Specifically, Judge DeMarchi recommended that:

1. Mr. Johnson's motion for default judgment be granted in part and denied in part.
2. Mr. Johnson be awarded statutory damages in the amount of $4,000.
3. Mr. Johnson be awarded $4,847.60 in attorney's fees and costs.
4. Mr. Johnson be granted an injunction requiring defendants to provide at least two accessible parking spaces, as required by the ADAAG 2010 Standards § 208 and § 502.

*Id.* On September 5, 2019, Mr. Johnson filed an Objection to the fee award in the Report and Recommendation ("Objection"). Dkt. No. 26. Mr. Johnson requests that the court reconsider the hourly rates applied by Judge DeMarchi. In the alternative, Plaintiff requests an "opportunity to present full briefing on the issue with a fee expert." Objection 5.

The Objection is overruled for two reasons. First, the Objection is untimely, having been

filed more than fourteen days after electronic service of the Report and Recommendation. Second, the court has conducted a *de novo* review[1] of the Report and Recommendation and finds that the hourly rates applied by Judge DeMarchi—$475 for Messrs. Potter and Handy and $350 for Mr. Price and Ms. Seabock—are consistent with the "prevailing rate in the community for similar work performed by attorneys of comparable skill." *Chalmers v. City of Los Angeles*, 796 F.2d 1205, 1210-11 (9th Cir. 1986), reh'g denied, amended on other grounds, 808 F.2d 1373 (9th Cir. 1987) (citing *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984)).

The Report and Recommendation is adopted in full.

**IT IS SO ORDERED.**

Dated: September 6, 2019

EDWARD J. DAVILA
United States District Judge

---

[1] Attorney's fees are subject to *de novo* review. *Erler v. Erler*, No. 12-2793 CRB, 2018 WL 3421911, at *1 (N.D. Cal. July 16, 2018).

Case No.: 5:18-cv-06836-EJD
ORDER OVERRULING OBJECTION TO SPECIAL MASTER REPORT AND RECOMMENDATION

2